## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

MICHAEL SMITH,

        Plaintiff,

                              Case No. 5:17-cv-00343-JSM-PRL

v.

CREDIT ONE BANK, N.A.,

        Defendants.

_____/

### NOTICE OF PENDING SETTLEMENT

    Defendant, Credit One Bank, N.A. (Credit One), by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: February 27, 2018                Respectfully Submitted,

                                            */s/ Ashley N. Rector*
                                            Ashley N. Rector, Esq.
                                            Florida Bar No. 0106605
                                            Dayle M. Van Hoose, Esq.
                                            Florida Bar No. 0016277
                                            SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                            3350 Buschwood Park Drive, Suite 195
                                            Tampa, Florida 33618
                                            Telephone: (813) 440-5327
                                            Facsimile: (866) 466-3140
                                            arector@sessions.legal
                                            dvanhoose@sessions.legal
                                            *Attorney for Defendant,*
                                            *Credit One Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I certify that on this 27th day of February 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Octavio Gomez, Esq.
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
tgomez@forthepeople.com
ldobbins@forthepeople.com


    */s/ Ashley N. Rector*
    Attorney